UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-81770-CIV-ROSENBERG/BRANNON

DAVID POSCHMANN,

        Plaintiff,

v.

SHIPWRECK BAR AND GRILLE, LLC and
JBP REALTY, LLC,

        Defendants.
_____/

## CONDITIONAL STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, through counsel, stipulate and agree to dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) conditioned upon the Court's entry of an order retaining jurisdiction to enforce the parties' settlement agreement.[1]

Respectfully submitted this 5th day of May, 2016.

| | |
|---|---|
| s/Drew Levitt | s/Casey Walker |
| Drew Levitt, Esq. | Casey Walker, Esq. |
| Florida Bar No. 782246 | Florida Bar No. 099848 |
| dml2@bellsouth.net | cwalker@murphywalker.com |
| Lee D. Sarkin, Esq. | pleading-walker@murphywalker.com |
| Florida Bar No. 962848 | Murphy & Walker, P.L. |
| lsarkin@aol.com | 2001 U.S. Highway 1 |
| 4700 N.W. Boca Raton Boulevard | Vero Beach, Florida 32960 |
| Suite 302 | Telephone (772) 231-1900 |
| Boca Raton, Florida 33431 | Facsimile (772) 231-4387 |
| Telephone (561) 994-6922 | Attorneys for Defendants |
| Facsimile  (561) 994-0837 | |
| Attorneys for Plaintiff | |

---

[1] Pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012) and *Kokkonen v. Guardian Life Insurance of America*, 511 U.S. 375, 114 S. Ct. 1673 (1994).