UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-cv-81770-ROSENBERG/BRANNON

DAVID POSCHMANN,

       Plaintiff,

v.

SHIPWRECK BAR AND GRILLE, LLC and
JBP REALTY, LLC,

       Defendants.
_____/

### ORDER OF DISMISSAL WITH PREJUDICE AND CLOSING CASE

This cause is before the Court on the parties' Conditional Stipulation of Dismissal With Prejudice [DE 14] pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). In light of the foregoing, it is **ORDERED AND ADJUDGED:**

1. This action is **DISMISSED WITH PREJUDICE**, with the Court retaining jurisdiction to enforce the settlement agreement between the parties.

2. The Clerk of the Court is instructed to **CLOSE THIS CASE**.

3. All pending motions are **DENIED AS MOOT**, all deadlines are **TERMINATED**, and all hearings are **CANCELLED.**

**DONE AND ORDERED** in Chambers, Fort Pierce, Florida, this 6th day of May, 2016.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record